# Exhibit B

## 2022  FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F31702

**Entity Name:** OLD DOMINION INSURANCE COMPANY

**FILED**
**Feb 01, 2022**
**Secretary of State**
**0480691265CC**

**Current Principal  Place of Business:**

4601 TOUCHTON ROAD EAST
SUITE 3400
JACKSONVILLE, FL  32246

**Current Mailing Address:**

4601 TOUCHTON ROAD EAST
SUITE 3400
JACKSONVILLE, FL  32246  US

**FEI Number: 59-2070420**                          **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

LAW, KIMBERLY K
4601 TOUCHTON ROAD EAST
SUITE 3400
JACKSONVILLE, FL  32246  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  KIMBERLY K. LAW                                            02/01/2022

_____Electronic Signature of Registered Agent_____                        Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR | | Title | SECRETARY |
| Name | MEDVIDOFSKY, DAVID S | | Name | LAW, KIMBERLY K |
| Address | 4601 TOUCHTON ROAD EAST SUITE 3400 | | Address | 4601 TOUCHTON ROAD EAST SUITE 3400 |
| City-State-Zip: | JACKSONVILLE FL 32246 | | City-State-Zip: | JACKSONVILLE FL 32246 |
| Title | PRESIDENT | | Title | TREASURER |
| Name | LISTAU, CHRISTOPHER R | | Name | FREITAS, JOSEPH D. |
| Address | 4601 TOUCHTON ROAD EAST SUITE 3400 | | Address | 4601 TOUCHTON ROAD EAST SUITE 3400 |
| City-State-Zip: | JACKSONVILLE FL 32246 | | City-State-Zip: | JACKSONVILLE FL 32246 |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | LAW, KIMBERLY K. | | Name | FREITAS, JOSEPH D. |
| Address | 4601 TOUCHTON ROAD EAST SUITE 3400 | | Address | 4601 TOUCHTON ROAD EAST SUITE 3400 |
| City-State-Zip: | JACKSONVILLE FL 32246 | | City-State-Zip: | JACKSONVILLE FL 32246 |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | BOURDEAU, SARAH C. | | Name | LISTAU, CHRISTOPHER R |
| Address | 4601 TOUCHTON ROAD EAST SUITE 3400 | | Address | 4601 TOUCHTON ROAD EAST SUITE 3400 |
| City-State-Zip: | JACKSONVILLE FL 32246 | | City-State-Zip: | JACKSONVILLE FL 32246 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KIMBERLY K. LAW                   SECRETARY                   02/01/2022

____Electronic Signature of Signing Officer/Director Detail____                        Date

**Officer/Director Detail Continued :**

| | |
|---|---|
| Title | DIRECTOR |
| Name | PARKER, ANNA D |
| Address | 4601 TOUCHTON ROAD EAST SUITE 3400 |
| City-State-Zip: | JACKSONVILLE  FL  32246 |