# **Exhibit C**

 St. Johns County, FL

## Summary

Clicking Image Opens Cyclomedia Viewer In a New Tab



| | |
|---|---|
| Parcel ID | 0141100000 |
| Location Address | 5135 STATE ROAD 13 N |
| | SAINT AUGUSTINE 32092-0000 |
| Neighborhood | Hodges Unplatted (RIVFR) (107.74) |
| Tax Description* | PT OF WM TRAVERS GRANT LYING W OF RD 13 100FT ON RIVER LOT 4 OF HODGES UNREC PLAT OR856/1141 & 1189/183 (C/D) |
| | *The Description above is not to be used on legal documents. |
| Property Use Code | Single Family (0100) |
| Subdivision | Hodges Unplatted |
| Sec/Twp/Rng | 37-6-27 |
| District | County (District 300) |
| Millage Rate | 13.1583 |
| Acreage | 3.690 |
| Homestead | Y |

## Owner Information

| | |
|---|---|
| Owner Name | Lucas James O III,Dorothea A 100% |
| | Lucas Dorothea A 100% |
| Mailing Address | 5135 STATE ROAD 13 N |
| | SAINT AUGUSTINE, FL 32092-1422 |

## Exemption Information

| Exemption Type | Status | Amount |
|---|---|---|
| Homestead | | $50,000 |

## Map



## Valuation Information

| | 2022 |
|---|---|
| Building Value | $352,369 |
| Extra Features Value | $81,274 |
| Total Land Value | $546,400 |
| Agricultural (Assessed) Value | $0 |
| Agricultural (Market) Value | $0 |
| Just (Market) Value | **$980,043** |
| Total Deferred | $133,257 |
| Assessed Value | **$846,786** |
| Total Exemptions | $50,000 |
| Taxable Value | **$796,786** |

*Values listed are from our working tax roll and are subject to change.*

## Historical Assessment Information

| Year | Building Value | Extra Feature Value | Total Land Value | Ag (Market) Value | Ag (Assessed) Value | Just (Market) Value | Assessed Value | Exempt Value | Taxable Value |
|---|---|---|---|---|---|---|---|---|---|
| 2021 | $343,452 | $71,818 | $405,975 | $0 | $0 | $821,245 | $812,942 | $58,303 | $762,942 |
| 2020 | $352,373 | $71,818 | $405,975 | $0 | $0 | $830,166 | $801,718 | $78,448 | $751,718 |
| 2019 | $316,762 | $60,956 | $405,975 | $0 | $0 | $783,693 | $783,693 | $50,000 | $733,693 |
| 2018 | $354,229 | $60,956 | $405,975 | $0 | $0 | $821,160 | $789,491 | $81,669 | $739,491 |
| 2017 | $360,994 | $56,480 | $405,975 | $0 | $0 | $823,449 | $773,253 | $100,196 | $723,253 |
| 2016 | $365,656 | $36,847 | $405,975 | $0 | $0 | $808,478 | $757,349 | $101,129 | $707,349 |
| 2015 | $370,061 | $36,847 | $423,100 | $0 | $0 | $830,008 | $752,084 | $127,924 | $702,084 |
| 2014 | $352,439 | $36,847 | $423,100 | $0 | $0 | $812,386 | $746,115 | $116,271 | $696,115 |
| 2013 | $329,592 | $12,150 | $423,100 | $0 | $0 | $764,842 | $735,089 | $79,753 | $685,089 |
| 2012 | $333,381 | $12,707 | $423,100 | $0 | $0 | $769,188 | $722,801 | $96,387 | $672,801 |
| 2011 | $333,381 | $13,263 | $477,675 | $0 | $0 | $824,319 | $701,749 | $172,570 | $651,749 |
| 2010 | $337,169 | $13,824 | $530,750 | $0 | $0 | $881,743 | $691,378 | $240,365 | $641,378 |

## Building Information

| | |
|---|---|
| Building | 1 |
| Year Built | 1997 |
| Actual Area | 5053 |
| Conditioned Area | 3502 |
| Use | Single Family Residence |
| Style | 01 |
| Class | N |
| Exterior Wall | Stucco, Brick 2 |

| | |
|---|---|
| Roof Cover | Clay Tile |
| Roof Structure | Gable Hip |
| Interior Flooring | Ceramic Tile |
| Interior Wall | Drywall |
| Heating Type | Air Duct |
| Air Conditioning | Central |
| Bedrooms | 0 |
| Baths | |

| Description | Square Footage |
|---|---|
| BASE AREA | 3124 |
| BASE AREA | 378 |
| FINISHED OPEN PORCH | 528 |
| HALF SCREEN PORCH | 280 |
| FINISHED GARAGE | 743 |
| Total SqFt | 5053 |

## Sketch Information



| Room Type |
| --- |
| FINISHED GARAGE |
| HSP |
| FINISHED OPEN PORCH |
| Base |

## Extra Feature Information

| Code Description | Status | Value |
| --- | --- | --- |
| Boat Dock (Average) | | 34350 |
| Boat House | | 8100 |
| Screen Porch | | 2250 |
| Boat Dock (Average) | | 5400 |
| Bulkhead (Average) | | 6938 |
| Storage Building | | 720 |
| Pool (Concrete) | | 10238 |
| Spa / Hot Tub | | 3750 |
| Kool Deck | | 72 |
| Pool Enclosure (Good) | | 9456 |

## Land Information

| Use Description | Front | Depth | Total Land Units | Unit Type | Land Value |
| --- | --- | --- | --- | --- | --- |
| Single Family | 100 | 600 | 100 | EF | $465,800 |
| Single Family | 100 | 1080 | 2.48 | AC | $80,600 |

## Sale Information

| Recording Date | Sale Date | Sale Price | Instrument Type | Book | Page | Qualification | Vacant/Improved | Grantor | Grantee |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 8/3/1996 | $100.00 | CORRECTIVE DEED | 1187 | 183 | U | I | SMITH DIANA ALLEN | LUCAS JAMES O & DOROTHEA A |
| | 5/1/1990 | $180,000.00 | | 856 | 1141 | U | I | | LUCAS JAMES O III,DOROTHEA |
| | 12/1/1988 | $285,000.00 | | 805 | 1259 | Q | I | | |
| | 8/1/1988 | $250,000.00 | | 796 | 303 | Q | I | | |
| | 11/1/1987 | $0.00 | | 766 | 110 | U | I | | |
| | 11/1/1987 | $0.00 | | 766 | 108 | U | I | | |
| | 7/1/1984 | $165,000.00 | | 651 | 1878 | Q | I | | |
| | 1/1/1977 | $0.00 | | 357 | 259 | U | I | | |

The St. Johns County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation.

User Privacy Policy
GDPR Privacy Notice

Last Data Upload: 3/11/2022, 12:21:41 AM

Developed by

Schneider
GEOSPATIAL

Version 2.3.178